

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00050-CR

Taylor Rae **ROSENBUSCH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR11075
Honorable Dick Alcala, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED October 14, 2015.

_____
Jason Pulliam, Justice